**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01341-CR
No. 05-16-01342-CR
No. 05-16-01343-CR

**JORDAN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-15543-Q, F14-15544-Q & F15-45428-Q**

## ORDER

On August 4, 2017, we ordered court reporter Marty Grant to file, by September 5, 2017, a supplemental reporter's record in the above juvenile cases. To date, Mr. Grant has not filed the supplemental reporter's record nor has he communicated with this Court.

We **ORDER** court reporter Marty Grant to file, within **TEN DAYS OF THE DATE OF THIS ORDER**, the supplemental reporter's records containing the items requested in appellant's June 8, 2017 "Supplemental Request for Preparation of Reporter's Record and Designation of Matters to be Included" including:

1. Testimony taken during all hearings, including arguments and objections of counsel, and the ruling and remarks of the Court made on such testimony and arguments;

2. Testimony of all witnesses, heard in and outside the Court's presence, including questions and objections of counsel and the ruling and remarks of the Court made on such testimony;

3. Arguments and opening and closing statements of counsel, including objections of counsel and the ruling and remarks of the Court made on such arguments and objections;

4. All bills of exception and testimony thereon, including objections of counsel, and the ruling and remarks of the Court made on such bills of exception and objections;

5. Testimony taken during certification proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court made on such testimony and arguments;

6. All exhibits offered or introduced into evidence; and

7. All exhibits offered or introduced for record purposes only or as part of any bill of exception.

According to appellant's request, the dates of the hearings and trial include (but are not limited to) April 16, 2014;  April 24, 2014; June 11, 2014; July 10, 2014; July 15, 2014; August 13, 2014; September 18, 2014; September 23, 2014; and the certification hearing on September 24, 2014.

We caution Mr. Grant that the failure to file the reporter's record by that time will result in the Court taking whatever remedies it has available, including ordering that he not sit until the complete reporter's record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Martin, Presiding Judge, 304th Judicial District Court; to Marty Grant, official court reporter of the 304th Judicial District Court; and to counsel for all parties.

/s/    ADA BROWN
JUSTICE